## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELK RUN COAL COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil No. 10-01056-RJL |

## MOTION TO DISMISS

For the reasons set forth in the Memorandum in Support of Motion to Dismiss filed herewith, Defendants respectfully move that Plaintiffs' Complaint be dismissed for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), or in the alternative, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: August 24, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JUDRY L. SUBAR
Assistant Branch Director

 /s/ Christopher R. Hall
CHRISTOPHER R. HALL
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530
(202) 514-4778