# Exhibit 1

IB

# Union Calendar No. 334

111TH CONGRESS
2D SESSION

# H. R. 5663

[Report No. 111–579, Part I]

To improve compliance with mine and occupational safety and health laws, empower workers to raise safety concerns, prevent future mine and other workplace tragedies, establish rights of families of victims of workplace accidents, and for other purposes.

---

## IN THE HOUSE OF REPRESENTATIVES

JULY 1, 2010

Mr. GEORGE MILLER of California (for himself, Ms. WOOLSEY, Mr. RAHALL, Mr. COURTNEY, Mr. MOLLOHAN, Ms. HIRONO, Mr. SESTAK, Mr. ANDREWS, Mr. HARE, Ms. SHEA-PORTER, Mr. GRIJALVA, Mr. BISHOP of New York, Ms. SUTTON, Ms. CLARKE, Mr. SHULER, Mr. PIERLUISI, Mr. KILDEE, and Mr. HOLT) introduced the following bill; which was referred to the Committee on Education and Labor

JULY 29, 2010

Additional sponsors: Mr. KUCINICH, Ms. CHU, Mr. COSTELLO, Mr. BACA, Mr. SCHIFF, Ms. SLAUGHTER, Mr. MICHAUD, Mr. TIERNEY, Mr. ARCURI, Mr. TOWNS, Ms. VELÁZQUEZ, Mr. BRADY of Pennsylvania, Mr. POLIS of Colorado, Ms. ZOE LOFGREN of California, Mr. HINCHEY, Ms. PINGREE of Maine, Mr. SPACE, Mr. FILNER, Mr. TONKO, Mr. STARK, Ms. LINDA T. SÁNCHEZ of California, Mr. KAGEN, Ms. LORETTA SANCHEZ of California, Mr. NADLER of New York, Mr. BLUMENAUER, Mr. HONDA, Mr. CHANDLER, Mrs. MALONEY, Mr. GENE GREEN of Texas, Ms. BERKLEY, Mr. LARSEN of Washington, Ms. MCCOLLUM, Mr. JACKSON of Illinois, Ms. HARMAN, Mr. SHERMAN, Mr. VISCLOSKY, Mr. LANGEVIN, and Mr. PATRICK J. MURPHY of Pennsylvania

2

July 29, 2010

Reported with an amendment, referred to the Committee on the Judiciary for a period ending not later than July 29, 2010, for consideration of such provisions of the bill and amendment as fall within the jurisdiction of that committee pursuant to clause 1(k), rule X

[Strike out all after the enacting clause and insert the part printed in italic]

July 29, 2010

Committee on the Judiciary discharged; committed to the Committee of the Whole House on the State of the Union and ordered to be printed

[For text of introduced bill, see copy of bill as introduced on July 1, 2010]

———————

# A BILL

To improve compliance with mine and occupational safety and health laws, empower workers to raise safety concerns, prevent future mine and other workplace tragedies, establish rights of families of victims of workplace accidents, and for other purposes.

1 *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*

3 **SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

4 (a) SHORT TITLE.—This Act may be cited as the
5 "Robert C. Byrd Miner Safety and Health Act of 2010".

6 (b) TABLE OF CONTENTS.—The table of contents for
7 this Act is as follows:

Sec. 1. Short title; table of contents.
Sec. 2. References.

TITLE I—ADDITIONAL INSPECTION AND INVESTIGATION AUTHORITY

Sec. 101. Independent accident investigations.
Sec. 102. Subpoena authority and miner rights during inspections and investigations.
Sec. 103. Designation of miner representative.
Sec. 104. Additional amendments relating to inspections and investigations.

TITLE II—ENHANCED ENFORCEMENT AUTHORITY

Sec. 201. Technical amendment.
Sec. 202. A pattern of recurring noncompliance or accidents.
Sec. 203. Injunctive authority.
Sec. 204. Revocation of approval of plans.
Sec. 205. Challenging a decision to approve, modify, or revoke a coal or other mine plan.
Sec. 206. GAO Study on MSHA Mine Plan Approval.

TITLE III—PENALTIES

Sec. 301. Civil penalties.
Sec. 302. Civil and criminal liability of officers, directors, and agents.
Sec. 303. Criminal penalties.
Sec. 304. Commission review of penalty assessments.
Sec. 305. Delinquent payments and prejudgment interest.

TITLE IV—WORKER RIGHTS AND PROTECTIONS

Sec. 401. Protection from retaliation.
Sec. 402. Protection from loss of pay.
Sec. 403. Underground coal miner employment standard for mines placed in pattern status.

TITLE V—MODERNIZING HEALTH AND SAFETY STANDARDS

Sec. 501. Pre-shift review of mine conditions.
Sec. 502. Rock dust standards.
Sec. 503. Atmospheric monitoring systems.

*lowing: "In any proceeding in which a party challenges the Secretary's decision to approve, modify, or revoke a coal or other mine plan under this Act, the Commission and the courts shall affirm the Secretary's decision unless the challenging party establishes that such decision was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.".*

**SEC. 206. GAO STUDY ON MSHA MINE PLAN APPROVAL.**

*Not later than 1 year after the date of enactment of this Act, the Comptroller General shall provide a report to Congress on the timeliness of the Mine Safety and Health Administration's approval of underground coal mines' required plans and plan amendments, including—*

>   *(1) factors that contribute to any delays in the approval of these plans; and*

>   *(2) as appropriate, recommendations for improving timeliness of plan review and for achieving prompt decisions.*

# *TITLE III—PENALTIES*

**SEC. 301. CIVIL PENALTIES.**

*(a) TECHNICAL CORRECTION.—Section 110(a)(1) (30 U.S.C. 820(a)(1)) is amended by inserting "including any regulation promulgated under this Act," after "this Act,".*