IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELK RUN COAL COMPANY, INC.,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 10-1056 (RJL) |
| **UNITED STATES DEPARTMENT OF LABOR,** *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

Upon consideration of the Defendants' Motion to Dismiss, and the arguments submitted in support and opposition thereto, it is hereby **ORDERED** that the Motion be and hereby is **DENIED**.

**DONE AND ORDERED** on this _____ day of _____, 2010.

_____
The Hon. Richard J. Leon
United States District Judge

**APPENDIX OF ATTORNEYS ENTITLED TO NOTIFICATION**

Pursuant to Local Rule of Civil Procedure 7(k), the following is a list of names and addresses of all attorneys entitled to be notified of the entry of the above proposed order:

>Timothy M. Biddle
>Thomas C. Means
>Daniel W. Wolff
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2595
>Phone: 202-624-2500

*Attorneys for Plaintiffs*

>Christopher R. Hall
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20530
>Phone: 202-514-4778

*Counsel for Defendants*