# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELK RUN COAL COMPANY, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) Civil No. 10-01056-JEB |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

The parties hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**FOR PLAINTIFFS:**

*/s/ Daniel W. Wolff*

Timothy M. Biddle, D.C. Bar #89284
Thomas C. Means, D.C. Bar #254318
Daniel W. Wolff, D.C. Bar #486733
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: 202-624-2500
Fax: 202-628-5116

September 24, 2012
Dated

**FOR DEFENDANTS:**

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JUDRY L. SUBAR
Assistant Branch Director

*/s/ Christopher R. Hall*
CHRISTOPHER R. HALL
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
(202) 514-4778

September 24, 2012
Dated